Jack Jordan
3102 Howell Street
North Kansas City, MO 64116
816-746-1955
jack.jordan@emobilawyer.com

**VIA ECF ON JULY 28, 2021**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Subject:  Case No. 1:21-mc-02213-NGG (Regarding Nature and Purpose of such case)**

Your Honor:

On July 28, 2021, Your Honor issued an order (which was obviously and intentionally illegal and criminal) in the captioned case.  *See* ECF 1 (Order).  *Cf*. ECF 2 (Notice of Noncompliance).  Until the ECF was issued by this Court at 4:03 p.m. on July 28, 2021 under the captioned case number, I never received any notice of even the existence, much less the purpose or nature, of the captioned case.

I respectfully request that I promptly be fully informed of the nature and purpose of the captioned case.  My request is motivated, in part, by the desire to ensure that I preserve and avail myself and my client of any of our rights with respect to any potential appeal motion under Rules 59 or 60 of the Federal Rules of Civil Procedure regarding the illegal order issued today (ECF 1).

Respectfully Submitted,
s/ Jack R. T. Jordan
Jack R. T. Jordan
6225 Northlake Drive, Parkville, MO 64152
(816) 746-1955; jack.jordan@emobilawyer.com